UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DAVID OPPENHEIMER | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION FILE NO. |
| v. | ) |
| | ) |
| HOUSE OF BLUES CONCERTS, INC.; HOB | ) 1:06-cv-1198-HTW |
| CONCERTS/PACE AMPHITHEATRES GROUP, | ) |
| L.P.; HOB CONCERTS II, INC.; | ) |
| STANDARD PARKING CORPORATION; | ) |
| STANDARD PARKING CORPORATION IL; | ) |
| RISK MANAGEMENT ASSOCIATES OF | ) |
| GEORGIA, INC. | ) |
| | ) |
| Defendants | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW Plaintiff and Defendants, and pursuant to Fed.R.Civ.P. 41(a)(1)(ii), hereby stipulate that the above-styled action and all claims contained therein be dismissed *with prejudice*, and that the Clerk mark the Court file accordingly.

**STIPULATED BY:**

/s/ Darrell T. Farr
Darrell T. Farr, Esq.
Georgia Bar No. 255431
Attorney for Plaintiff

309 Sycamore Street
Decatur, GA 30030
Phone: (404) 373-4562
Fax: (404) 378-0717
Email: dtfarr@dtfarrlaw.com

**[SIGNATURES CONTINUE ON NEXT PAGE]**

**GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE, LLP**


/s/ Kerri A. Hochgesang
Matthew G. Moffett, Esq.
Georgia Bar No. 5156323
Kerri A. Hochgesang, Esq.
Georgia Bar No. 358448
Attorneys for Defendants Standard
Parking Corporation and Standard
Parking Corporation IL.


1700 Atlanta Plaza
950 East Paces Ferry Road
Atlanta, Georgia 30326
Phone:  (404) 870-7390
Fax:  (404) 870-1030
mmoffett@grsmb.com
khochgesang@grsmb.com

**SOMMERS, SCRUDDER & BASS LLP**


/s/ Matthew P. Lazarus
Matthew P. Lazarus
Georgia Bar No. 441590
Teddy L. Sutherland
Georgia Bar No. 693189
Attorneys for Defendants House of
Blues Concerts, Inc., HOB Concerts/
Pace Amphitheatres Group, L.P., and HOB
Concerts, II, Inc.

900 Circle 75 Parkway
Suite 850
Atlanta, Georgia  30339-3053
mlazarus@ssblaw.net
tsutherland@ssblaw.net